Alice Nielsen, Respondent, v. LeRoy Ray Stoddard, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to defendant to serve a further amended answer within twenty days after service

of order upon payment of said costs and the ten dollars costs of motion awarded at Special Term. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.